# THE UNITED STATES DISTRICT COUR
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONFIRMING SALE** |
| -Vs- | ) | |
| | ) | |
| Kari Sorenson; DCI Credit Services, Inc.; and Citifinancial, Inc., | ) ) | Case No. 4:10-cv-023 |
| | ) | |
| Defendants. | ) | |

After an examination of the proceedings of the United States Marshal for the District of North Dakota relative to the sale of the property foreclosed in the above-entitled action, and being satisfied that the Marshal has conformed to the law,

**IT IS ORDERED** that the sale of the Marshal, as set forth in the Marshal's return on file with the Clerk of this Court, is confirmed.

**IT IS FURTHER ORDERED** that the records of the Clerk of this Court shall show that the Court is satisfied with the legality of the sale.

**IT IS FURTHER ORDERED** that the United States Marshal for the District of North Dakota shall issue to the purchaser of the real property a Marshal's deed conveying to it all of the interest in the property purchased at the Marshal's sale.

Dated this 24th day of November, 2010.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court